*In re* NÉSTOR HERNÁNDEZ PÉREZ.

*Número:* 8810              *Resuelto:* 30 de junio de 1995

*Jacqueline Novas Debien, Subprocuradora General,* y *Aida Ileana Oquendo Graulau, Procuradora General Auxiliar,* abogadas de El Pueblo.

PER CURIAM: El Lcdo. Néstor Hernández Pérez fue admitido al ejercicio de la abogacía el 4 de enero de 1988 y a la práctica de la notaría el 13 de octubre de 1993. Voluntariamente cesó al ejercicio de la notaría el 3 de abril de 1995.

Según nos informa el señor Procurador General de Puerto Rico, el Lcdo. Néstor Hernández Pérez alegó culpabilidad ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico de dos (2) cargos por haber intentado importar la sustancia controlada conocida por cocaína a territorio estadounidense. 21 U.S.C. sec. 952.

El 24 de enero de 1995 fue sentenciado a cumplir dos (2) años de reclusión en una institución carcelaria fuera de Puerto Rico y al pago de veinte mil dólares ($20,000) de multa. 21 U.S.C. secs. 960 y 963. Caso Núm. 94-231(CC).

La persona que siendo abogado fuese convicta de un delito grave que haya cometido en conexión con la práctica de su profesión *o que implique depravación moral,* cesará de ser abogado o de ser competente para la práctica de su profesión. 4 L.P.R.A. sec. 735.

Habiendo presentado el señor Procurador General una copia certificada de la sentencia dictada contra el Lcdo. Néstor Hernández Pérez por el Tribunal de Distrito Federal para el Distrito de Puerto Rico, por dos (2) cargos del delito de intentar la importación de una sustancia controlada al territorio estadounidense, *se separa a dicho abogado permanentemente del ejercicio de la abogacía en Puerto Rico y se ordena al Secretario General que elimine su nombre del Registro de Abogados.*

Lo pronunció y manda el Tribunal y certifica el señor Secretario General. Los Jueces Asociados Señora Naveira de Rodón y Señor Fuster Berlingeri no intervinieron.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*